435 A.2d 1317

Commonwealth v. Hudacko, Appellant.

Submitted April 21, 1981. Thomas J. Munley, Assistant Public Defender, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Judgment of sentence affirmed.